1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA CALVERT
   Acting Regional Chief Counsel, Region IX
3  BRENDA M. PULLIN
   Special Assistant United States Attorney
4  Social Security Administration

5      160 Spear Street, Suite 800
       San Francisco, California  94105
6      Telephone:  (415) 977-8975
       Facsimile:  (415) 744-0134
7      E-Mail:Brenda.Pullin@ssa.gov

8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11                            SACRAMENTO DIVISION

12

13  SEVERINO P. URSUA,            )
                                  )   CASE NO. 2:11-CV-02417-EFB
14        Plaintiff,               )
                                  )
15        v.                       )   STIPULATION AND PROPOSED ORDER
                                  )   FOR FIRST EXTENSION OF TIME TO FILE
16  MICHAEL J. ASTRUE,             )   DEFENDANT'S CROSS-MOTION
    Commissioner of Social Security, )
17                                  )
          Defendant.                )
18  _____)

19

20

21      The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance

22  of the attached Order, that Defendant shall have a first extension of time of 30 days to file his

23  cross-motion for summary judgment.

24      The extension is being sought due to defendant's counsel's workload during the past month

25  coupled with the Social Security Regional Counsel's office move at the end of March 2012—with all

26  the associated preparations, organization meetings, and packing—which have taken more of counsel's

27  time than projected.  Defendant's counsel is responsible for moving her own office as well as helping to

28  pack and move common office areas such as the fax and mail center, file areas, and unoccupied

cubicles. In addition, after the move, unpacking and technological setup/troubleshooting of computer equipment has required additional unanticipated time and IT assistance before counsel's office can become fully functional.

Given these constraints, the Commissioner respectfully requests 30 additional days in which to complete the Commissioner's cross-motion for summary judgment. The new due date will be May 2, 2012.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 3, 2012

*/s/ Ann M. Cerney*
(As authorized via e-mail)
ANN M. CERNEY
Attorney for Plaintiff

Dated: April 3, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ *Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant U.S. Attorney

IT IS SO ORDERED:

Dated: April 6, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2